## J. H. Doss v. B. F. Wiley.

TEACHERS OF PUBLIC SCHOOLS. *Exemption from examination.* Code 1892, § 4026.

The code of 1892 prescribes a higher curriculum for teachers of public schools than former laws, and § 4026, exempting those who have taught five years under a first-grade license from further examination, is prospective, and applies only to persons teaching five years under a first-grade license issued after examination on the curriculum prescribed by the code.

FROM the circuit court of the second district of Carroll county.

HON. C. H. CAMPBELL, Judge.

Petition by appellant against appellee, who is superintendent of education of Carroll county, for a mandamus to compel the issuance of a first-grade license to appellant as a teacher in the public schools of said county. Petitioner alleged that he had taught in the public schools more than five years continuously, and claimed that, by virtue of § 4026, code 1892, he was entitled to a license without standing further examination. From a judgment sustaining a demurrer and dismissing the case, petitioner appeals.

*Southworth & Stevens*, for appellant.

The last clause of § 4026, code 1892, provides that "a teacher who has taught five years under a first-grade license shall be exempt from further examinations." This is plain and unambiguous. Can there be any question as to its meaning? Could virgin English clothe a thought in words freer

from doubt? The legislature saw fit to confer the exemption, on the idea, we suppose, that when a teacher had been able to hold a first-grade license for five years, his competency would be presumed. At any rate, the exemption is given, and appellant is entitled to license.

*Somerville & McClurg* and *Frank Johnston*, attorney-general, for appellee.

WOODS, J., delivered the opinion of the court.

The appellant does not allege, nor could he have alleged, that he has a first-grade certificate as a teacher, which he has obtained on an examination passed by him in the manner and on the course of studies prescribed for our free public schools by the code of 1892, and that he has taught under such first-grade certificate or license for the period of five years. The provision contained in § 4026, by which a teacher who has taught five years under a first-grade license is declared to be exempt from further examination, is prospective in operation, and applies only to teachers passing the examination on the curriculum prescribed in the code and obtaining first-grade licenses. The curriculum of the former law is not that prescribed in the code, and a teacher holding an old first-grade license might be wholly unable to give instruction in the enlarged course of studies named in the code of 1892.

In the very nature of things, § 4026 is prospective, and applies to teachers holding first-grade licenses issued after successful examinations on the code curriculum, and to teachers who have actually taught five years under such license.

*Affirmed.*